IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCIANO PASCUAL MARTIN, ) <br> ) <br> *Petitioner*, ) <br> ) <br> v. ) <br> ) <br> WARDEN OF MOSHANNON ) <br> VALLEY PROCESSING CENTER, et ) <br> al. ) <br> ) <br> *Respondents*. ) | Case No. 3:26-cv-00030 <br><br> District Judge Stephanie L. Haines <br> Magistrate Judge Kezia O. L. Taylor |

**ORDER**

AND NOW this 13th day of March, 2026, because the Court finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a), and because Petitioner has already been afforded a bond hearing before an Immigration Judge wherein the judge granted Petitioner bond in the amount of $3,000 after finding that Petitioner was a member of the *Bautista* class[1] and was neither a flight risk nor a danger to the community, the Court further finds that the Government's invocation of the automatic stay provision at 8 C.F.R. § 1003.19(i)(2), by appealing the Immigration Judge's custody redetermination based on the argument that Petitioner's detention is mandatory pursuant to 8 U.S.C. § 1225(b)(2), violated Petitioner's rights under the Due Process Clause of the Fifth Amendment. Accordingly, is hereby ORDERD the Petition for Writ of Habeas Corpus, ECF No. 1, is GRANTED and Respondents shall FORTHWITH comply with

---

[1] *See Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM (C.D. Cal. Nov. 20, 2025) (rejecting the Board of Immigration Appeals decision in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025), and granting declaratory relief finding that the detention of the class members was governed by § 236(a) of the INA and that they were therefore not subject to mandatory detention pursuant to § 235(b)(2) of the INA).

the Immigration Judge's order granting Petitioner bond. With no further action required by the Court at this time, the Clerk of Court shall mark this matter CLOSED.

                                                                           Stephanie L. Haines
                                                                          United States District Judge

Cc:     Counsel of record
        (Via CM/ECF electronic mail)